IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ALVIN DEVON CARSON, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:06-cv-354 |
| PEPSI BOTTLING GROUP, | ) | |
| Defendant | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff's "motion for documents" [Court File #13] does not comply with the requirements of the Federal Rules of Civil Procedure for seeking discovery. Nor does it appear to seek any documents relevant to discovery in this case. Finally, the records it does seek are extremely general and overbroad such that any defendant would be overburdened in attempting to determine what plaintiff was seeking and how to comply with his request. Accordingly, plaintiff's motion for documents [Court File #13] is hereby DENIED.

Good cause not being shown, defendant's motion to consolidate cases, for customized management under Rule 16(a), and for a stay of the responsive pleading deadline [Court File #16] is hereby DENIED.

Plaintiff's motion to amend his amended complaint [Court File #18] is hereby GRANTED.

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE